JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEROKEE CHEMICAL CO., INC., dba C.C.I., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAZIER, an individual; AQUA NANO, LLC, an unknown corporation; and ATLANTIC COAST POLYMERS, INC, a Connecticut corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07965 MWF (SSx)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant Atlantic Coast Polymers, Inc.'s Motion for Attorney's Fees and Sanctions (Docket No. 87) and pursuant to Rules 52, 54, and 58 of the Federal Rules of Civil Procedure,

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Defendant Atlantic Coast Polymers, Inc, and against Plaintiff Cherokee Chemical Co., Inc., in the amount of **$73,880.**

Dated: April 26, 2022

MICHAEL W. FITZGERALD
United States District Judge